IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-D-1860 (OES)

MELINDA SANDGREN,

     Plaintiff(s),

v.

ASPEN VALLEY HOSPITAL DISTRICT,

     Defendant(s).
_____

## ORDER OF DISMISSAL
_____

     The parties have filed a Stipulated Motion to Dismiss on August 17, 2005.  After a careful review of the Motion and the file, the court concludes that the Motion should be granted and the case should be dismissed with prejudice.  Accordingly, it is

     ORDERED that the Stipulated Motion to Dismiss is GRANTED, and this case is DISMISSED WITH PREJUDICE, each party to pay their own costs and attorney's fees.

Dated:  August 18, 2005

                    BY THE COURT:


                    s/ Wiley Y. Daniel_____
                    Wiley Y. Daniel
                    U. S. District Judge